**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| USA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Tae Miyaji Jones,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:25-cr-00140-FWS<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 12/04/2025 | 30 | Verified Petition to Assert Legal Interest |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

   Document lacks required signature

Dated: 12/4/2025

By: _____
U.S. District Judge