TROUTMAN PEPPER LOCKE LLP
Andrea M. Hicks (SBN 219836)
andrea.hicks@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: 949.622.2700
Facsimile: 949.622.2739

*Attorneys for Petitioner Nationstar Mortgage LLC d/b/a Mr. Cooper*

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 15 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAE MIYAJI JONES,<br><br>Defendant. | Case No. 8:25-CR-140-FWS<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE A VERIFIED PETITION TO ASSERT LEGAL INTEREST IN FORFEITED PROPERTIES** |

COMES NOW, Petitioner Nationstar Mortgage LLC d/b/a Mr. Cooper ("Petitioner"), pursuant to Federal Rule of Criminal Procedure 45(b) and files this Unopposed Motion for Leave to File a Late Petition, and in support thereof, states as follows:

1. On October 2, 2025, Tae Miyaji Jones pled guilty before the Honorable Fred W. Slaughter to Counts 1-10 of the Indictment against him in Case No. SACR 25-00140-FWS. [ECF 19]

2. On October 21, 2025, the Court entered a Money Judgment of Forfeiture in the amount of $2,894,441. [ECF 26]

3. On October 29, 2025, pursuant to 21 U.S.C. § 853(n), the U.S. Attorney sent a Notice of Criminal Forfeiture to Petitioner regarding the Alabama Property.

4. On December 4, 2025, pursuant to 21. U.S.C. § 853(n), Petitioner, through the undersigned counsel, filed a Verified Petition to Assert Legal Interest in the Forfeited properties. [ECF 30]

5. The filed Petition was signed by the Petitioner under penalty of perjury and set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. [ECF 30]

6. However, the Petition was inadvertently submitted without the undersigned attorney's signature.

7. A Notice of Deficiencies was issued on December 4, 2025, noting the missing signature. [ECF 30]

8. On December 4, 2025, this Court issued an Order, striking the Verified Petition due to the missing signature. [ECF 32]

9. Petitioner's deadline to file the Petition under 21 U.S.C. § 853(n)(2) has now elapsed as it has been more than 30 days since Petitioner received the Notice of Criminal Forfeiture.

10. Rule 45(b) of the Federal Rules of Criminal Procedure provides that: "When an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion made . . . after the time expires if the party failed to act because of excusable neglect."

11. As the Supreme Court of the United States has observed, "excusable neglect" under Rule 45(b) is a "somewhat elastic concept" which is not limited to omissions caused by circumstances beyond the control of the movant and "may extend to inadvertent delays" in some circumstances. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'Ship*, 507 U.S. 380, 391-92 (1993).

12. The determination of whether neglect is excusable "is an equitable one" evaluating "[(1)] the danger of prejudice to the [non-movant], [(2)] the length of the

- 2 -
UNOPPOSED MOTION FOR LEAVE TO FILE A VERIFIED PETITION TO ASSERT LEGAL INTEREST IN FORFEITED PROPERTIES

323002579v1

delay and its potential impact on judicial proceedings, [(3)] the reason for the delay, including whether it was within reasonable control of the movant, and [(4)] whether the movant acted in good faith." *Pioneer Inv. Servs. Co.*, 507 U.S. at 395.

13. The United States will not be prejudiced by the late filing of Petitioner's Petition. Indeed, the undersigned counsel has conferred with counsel for the United States, and the United States does not object to the relief requested herein.

14. The delay in filing of the Petition is due to a clerical error, as the wrong version of the Petition was submitted for filing.

15. No other Petitions have been filed by third parties in this action. Thus, no other parties will be prejudiced by this delay in filing.

16. Accordingly, Petitioner respectfully request this Court consider this accidental inadvertence to be excusable neglect, and to not penalize Petitioner for the delay in filing.

17. Good cause exists for the requested leave, and this request is not made for the purposes of delay.

18. Petitioner respectfully submits that the foregoing circumstances constitute good cause and warrant granting leave for Petitioner to file its corrected Petition.

**WHEREFORE**, Petitioner Nationstar Mortgage LLC d/b/a Mr. Cooper respectfully requests this Court grant his Motion for Leave to File a Late Verified Petition asserting its legal interest in the forfeited properties.

DATED: December 12, 2025.                    TROUTMAN PEPPER LOCKE LLP

By: */s/ Andrea M. Hicks*
Andrea M. Hicks

*Attorneys for Petitioner*
*Nationstar Mortgage LLC d/b/a Mr. Cooper*

# PROOF OF SERVICE

STATE OF CA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Spectrum Center Drive, Suite 1500, Irvine, CA 92618.

On **December 12, 2025**, I served the following document(s) described as:

**UNOPPOSED MOTION FOR LEAVE TO FILE A VERIFIED PETITION TO ASSERT LEGAL INTEREST IN FORFEITED PROPERTIES**

on the persons below as follows:

| | |
|---|---|
| Alexander Su<br>Clifford Mpare, Jr.<br>AUSA - Office of US Attorney<br>312 North Spring Street, 11th Floor<br>Los Angeles, CA 90012<br>Tel: 213-894-0719<br>Email: alexander.su@usdoj.gov<br>clifford.mpare@usdoj.gov | *Counsel for Plaintiff,*<br>*United States Department of Justice* |

☒ **BY MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE**: I caused such document(s) to be electronically served on the party identified. My electronic business address is evelyn.duarte@troutman.com.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 12, 2025**, at Irvine California.

    Evelyn S. Duarte                                   (Signature)
(Type or print name)

Troutman Pepper Locke LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618



troutman.com

**Evelyn S. Duarte**
D 470.832.5579
evelyn.duarte@troutman.com

**Evelyn S. Duarte**
D 470.832.5579
evelyn.duarte@troutman.com

December 12, 2025

**VIA FEDEX**

Ronald Reagan Federal Building, U.S. Courthouse
Attn: Clerk's office filing Window
411 West 4th Street, Room 1053
Santa Ana, CA 92701-4516

Re:   USA v. Jones, Case No: 8:25-cr-00140-FWS-1

Dear Clerk:

Please file the *Enclosed Unopposed Motion for Leave to File a Verified Petition to Assert Legal Interest in Forfeited Properties* document in the above case on behalf of Petitioner Nationstar Mortgage LLC dba Mr. Cooper for Counsel Andrea Hicks.

Best regards,

TROUTMAN PEPPER LOCKE LLP

Evelyn S. Duarte
*Legal Practice Assistant*

ESD

Enclosures



