---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No. 8:25-cr-00140-FWS-1                                          Date: December 18, 2025
Title: United States v. Tae Miyaji Jones

---

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                              Attorneys Present for Defendant:

Not Present                                                                 Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A VERIFIED PETITION TO ASSERT LEGAL INTEREST IN FORFEITED PROPERTIES [33]**

On December 4, 2025, Petitioner Nationstar Mortgage LLC filed a "Verified Petition to Assert Legal Interest in Forfeited Properties." (Dkt. 30 ("Petition").) On the same day, the court issued a "Notice to Filer of Deficiencies in Filed Document" because the Petition "lacks [the] required signature." (Dkt. 31.) Because the Petition lacked the required signature, the court struck the Petition. (Dkt. 32.)

Before the court is Petitioner's "Unopposed Motion for Leave to File a Verified Petition to Assert Legal Interest in Forfeited Properties." (Dkt. 33 ("Motion").) In the Motion, Petitioner requests the court "grant[] leave for Petitioner to file its corrected Petition" because the "delay in filing of the Petition is due to a clerical error, as the wrong version of the Petition was submitted for filing." (*Id.* ¶¶ 13, 18.) According to Petitioner, "the United States does not object to the relief requested." (*Id.* ¶ 13.) Based on the state of the record, as applied to the applicable law, the court **GRANTS** the Motion. Central District of California Local Criminal Rule 49-1.3.2(c) provides that "[a]n electronically lodged proposed order shall comply with the requirements of Local Civil Rule 5-4.4, except that, for criminal cases, the subject line of the e-mail transmitting the word-processing version of the proposed order required by Local Civil Rule 5-4.4.2 shall include the defendant's last name and initial of first name as the filer." Here, Petitioner has failed to file a proposed order. (*See generally* Dkt.) The court notes that future

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No. 8:25-cr-00140-FWS-1                                              Date: December 18, 2025
Title: United States v. Tae Miyaji Jones

filings with the court must comply with the Local Rules, including the filing of a proposed order with a motion.